IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| IN REF | Adv. Proc. Case No. _____ |
| MORRIS SHNIDER WITTSTADT VA., PLLC | Case No.: 15-bk-33370 <br> Maryland - 15-bk-15573 |
| GENEAN PURYEAR <br> 3102 GLISSADE COURT <br> CLINTON, MD 20735, <br> PLAINTIFF, | Chapter 11 |
| VS. | |
| MORRIS SCHNIDER WITTSTADT VA, MARK H. WITTSTADT, GERALD WM WITTSTADT, HOLLOWAY HILL Virginia Professional limited liability company, et al., | |
| AND | |
| BANK OF AMERICA | |
| AND | |
| SAMUEL I. WHITE PC | |
| AND | |

FILED
2017 FEB 14 A 10: 53

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE APPOINTMENT OF AUGUST 12, 2015 AS VOID - 1

ATTORNEY EDWARD PORETZ

MCCABE, WEISBERG & CONWAY, LLC

_____

**COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE APPOINTMENT OF AUGUST 12, 2015 AS VOID, SANCTION, FRAUD ON THE COURT, IMPSITION OF EQUITABLE LIEN AND/OR CONSTRUCTIVE TRUST, INJUNCTIVE RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Genean Puryear, and files this Complaint against MORRIS SCHNEIDER WITTSTADT LLC, MARK H. WITTSTADT, GERALD WM WITTSTADT, Holloway Hill, Bank of America, Samuel I. White PC, and Attorney Edward Poretz, Defendants, seeking for declaratory judgment to vacate the Appointment of Substitute Trustees by Bank of America to Samuel I. White PC., and would respectfully show the Court:

### A. **JURISDICTION**

1. On April 18, 2015, Plaintiff filed a petition for relief under Chapter 7 of the Bankruptcy Code under case no. 15-bk-15573. On or about August 4, 2015 the case was closed and a standard discharge was issued on July 29, 2015.

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE APPOINTMENT OF AUGUST 12, 2015 AS VOID - 2

2. On January 25, 2017, Plaintiff filed a petition for relief under Chapter 13 of the Bankruptcy Code under case no. 17-bk-10947, that's pending before the United States Bankruptcy Court for the District of Maryland.

3. On February 07, 2017, Plaintiff filed a Motion to Reopen Chapter 7 Case, after discovering the fraud.

4. This Court has jurisdiction pursuant to 28 U.S.C. 157(b), 1334 and 2201. This is a core proceeding under 28 U.S.C. 157(b)(2). Plaintiff seeks declaratory judgment in accordance with Rule 7001 of the Federal Bankruptcy Rules of Procedure, Rule 57 of the Federal Rules of civil procedure and 11 U.S.C 105.

### B. **Parties and Service**

5. Ms. Puryear is a resident and citizen of the State of Maryland.

6. Mark Wittstadt is a resident and citizen of the State of Maryland and may be served at his place of residence in Cockeysville, Maryland.

7. Gerard Wittstadt, Jr. is a resident and citizen of the State of Maryland and may be served at his place of residence in Elkton, Maryland.

8. MORRIS SCHNEIDER WITTSTADT LLC is a Georgia limited liability company that may be served through its

registered agent, Frederick G. Boynton, at 8200 Roberts Drive, Suite 200, Atlanta, Georgia 30350. Morris Schneider Wittstadt LLC principal place of business is 3560 Lenox Road, NE, Suite 3000, Atlanta, Georgia 30326. Its members and their citizenship are as follows: THE MORRIS CORPORATION, a Georgia corporation and a citizen of the State of Georgia that may be served through its registered agent Frederick G. Boynton, at 8200 Roberts Drive, Suite 200, Atlanta, Georgia 30350.

9. Bank of America is a financial services corporation headquartered in Charlotte, North Carolina. Bank of American can be served via their Attorney Samuel I. White PC, whose address is 611 Rockville Pike Sandy Spring Bank Financial Center Suite 100 Rockville, MD 20852.

10. Attorney Edward Matthew Poretz, is an Attorney with Morris Hardwick Schneider and LandCastle Title. He can be served at 6B Nashua Court Baltimore, MD 21221.

### C. STATEMENT OF FACTS

11. On August 14, 2014 MORRIS SCHNEIDER WITTSTADT LLC, and Mark H Wittstadt, Gerald WM Wittstadt and Holloway Hill, filed a foreclosure case against the Debtor in Prince George's Circuit Court. Wittstadt vs. Puryear (Case No.

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE
APPOINTMENT OF AUGUST 12, 2015 AS VOID - 4

CAEF14-22221. See Exhibit "A" (Prince Georges Circuit Court Docket)

12. On August 14, 2014, Morris Hardwick Schneider, LLC filed an APPOINTMENT OF SUBSTITUTE TRUSTEES, by Bank of America, N.A. See Exhibit "B" (Appointment of Substitute Trustees) dated August 14, 2014.

13. On June 29, 2015, AMEGY BANK NA sued MORRIS SCHNEIDER WITTSTADT LLC, alleging it is withholding about $17 Million, that are owed to AMEGY BANK NA.

14. On **July 05, 2015**, MORRIS SCHNEIDER WITTSTADT VA., PLLC, filed a Chapter 11 Petition in the Eastern District of Virginia (Richmond) # 15-33370-KLP, that is still pending before the court. The Atlanta-based law firm wrote in court documents former majority owner Nathan Hardwick, who owned 55.5 percent of the firm formally known as Morris Hardwick Schneider (MHS), used the firm's accounts for his personal use (including payments remitted directly to casinos and on account of private jets and for his girlfriend and family.

15. On **June 10th, 2015, *thirty days*** after MORRIS SCHNEIDER WITTSTADT filed their Chapter 11 Petition, Bank of America N.A. filed a new **Substitution of Trustee** with

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE APPOINTMENT OF AUGUST 12, 2015 AS VOID - 5

the Clerk of the Circuit Court on **August 26, 2015**. See Exhibit "C") (File No: 32212).

### D. **ARGUMENTS**

16. Plaintiff contends that the Defendants should be sanction, and the Bank of America Substitute Trustee Appointment is void, because it was filed thirty days after the filing of the Chapter 11 Petition. Bank of America, which allegedly appointed the substitute trustee who did not file the Order to Docket foreclosure was not the record holder of the note and deed of trust, and did not have the authority to appoint a substitute trustee without getting permission from the Bankruptcy Trustee.

17. Because the substitute trustee, who Docketed the Order to Foreclose in Maryland Circuit Court, where MORRIS SCHNEIDER WITTSTADT. But the actual Foreclosure Attorney that filed for Relief from Stay where SAMUEL I. WHITE, without any notice to the Plaintiff. Therefore, SAMUEL I. WHITE, never gave Plaintiff any notice of the alleged debt, and never gave her the opportunity to dispute the debt.

18. SAMUEL I. WHITE PC, the substitute trustee, who filed the motion for relief from stay was not properly

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE
APPOINTMENT OF AUGUST 12, 2015 AS VOID - 6

appointed, and the alleged Substitute Trustee was invalid.

19. Further, because Bank of America was not the holder of the note and deed of trust, the loan was not property accelerated.

**WHEREFORE**, Genena Puryear, Plaintiff, prays:

1. The Court issue a declaratory judgment that the alleged August 12, 2015 Substitute Trustee Appointment be stricken from the record and void and title to the Residence restored to Plaintiff.

2. Sanction the Attorneys and deny MORRIS SCHNEIDER WITTSTADT's A DISCHARGE due to fraud on the Court.

3. Issue an Order vacating All the orders entered in the Circuit Court of Prince Georges County Maryland.

4. Order that the Plaintiff First Bankruptcy Case and her Motion to reopen be grant, in order to file an adversary Complaint against all the Defendants.

5. The Court award Plaintiff damages against all defendants.

Dated this 07 of FEB, 2017

*/s/ Genean Puryear*

Genean Puryear,

COMPLAINT FOR DECLARATORY JUDGMENT TO VACATE THE SUBSTITUTE TRUSTEE APPOINTMENT OF AUGUST 12, 2015 AS VOID - 7

36243  492

Exhibit A

LOT NUMBERED NINETTEN (19) IN BLOCK LETTERED "F" IN THE SUBDIVISION KNOWN AS "MARY CATHERINE ESTATES", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND IN PLAT BOOK WWW 69 AT PLAT 58.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 36243, p. 0492, MSA_CE64_36552. Date available 08/22/2014. Printed 02/12/2017.

MDFC – Appointment of Substitute Trustees - BOA Agent
MD-99001458-14
2014-06-10 @ 14:12:28 / CF

*11044956*

**State of Maryland Land Instrument Intake Sheet**
[ ] Baltimore City    [X] County: Prince George's

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only-All Copies Must Be Legible)*

Space Reserved for Circuit Court Recording Validation

36243    493

### 1. Type(s) of Instruments
(Check Box if addendum Intake Form is Attached.)
- [ ] Deed
- [ ] Deed of Trust
- [ ] Mortgage
- [ ] Lease
- [ ] Other Assignment
- [X] Deed of Appointment
- [ ] Other _____

### 2. Conveyance Type
- [ ] Improved Sale Arms-Length (1)
- [ ] Unimproved Sale Arms-Length (2)
- [ ] Multiple Accounts Arm-Length (3)
- [ ] Not an Arms-Length Sale (9)

### 3. Tax Exemptions
- Recordation: 
- State Transfer: 
- County Transfer: 

### 4. Consideration And Tax Calculations

| Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( )% = | $ |
| Balance of Existing Mortgage | $ | Less Exemption - | $ |
| Other | $ | Total Transfer Tax = | $ |
| | | Recordation Tax Consideration | $ |
| Other | $ | X ( ) per $500 | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5. Fees

| Amount of Fees | Doc 1 | Doc 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ | Agent: |
| Surcharge | $ 20.00 | $ | Tax Bill: |
| State Recordation Tax | $ | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag Tax/Other: |
| Other | $ | $ | |

### 6. Description of Property
*SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).*

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 05 | 05-0295345 | 30109 / 683 | 0133 | 0000 | (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR(3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| 6750 | 19 | F | | | |

**Location/Address of Property Being Conveyed (2):** 3102 Glissade Court, Clinton, Maryland 20735

**Other Property Identifiers (if applicable):**     **Water Meter Account No.:**

[X] Residential  [ ] Non-Residential      Amount:
Partial Conveyance [ ] Yes  [X] No    Description/Amt of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvement Conveyed:

### 7. Transferred From
**Doc. 1 – Grantor(s) Name(s):** Optimum Title
**Doc. 2 – Grantor(s) Name(s):**
Doc. 1 – Owner(s) of Record, if Different from Grantor(s):
Doc. 2 – Owner(s) of Record, if Different from Grantor(s):

### 8. Transferred To
**Doc. 1 – Grantee(s) Name(s):** Mark H. Wittstadt, Gerard Wm. Wittstadt, Jr.
**Doc. 2 – Grantee(s) Name(s):**
**New Owner's (Grantee) Mailing Address:** 9409 Philadelphia Road, Baltimore, Maryland 21237

### 9. Other Names to be Indexed
Doc 1 – Additional Names to be Indexed (Optional):
Doc 2 – Additional Names to be Indexed (Optional):

### 10. Contact/Mail Information
**Instrument Submitted by Contact Person**
Name: Mendy Goodman
Firm: Morris | Hardwick | Schneider
Address: 9409 Philadelphia Road
Baltimore, Maryland 21237    Phone: 410-284-9600

[X] Return to Contact Person
[ ] Hold for Pickup
[ ] Return Address Provided

### 11. IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**
- [ ] Yes [X] No  Will property being conveyed be the grantee's principle residence?
- [ ] Yes [X] No  Does the transfer include personal property? If yes, identify:
- [ ] Yes [X] No  Was the property? If yes, attach copy of survey (if recorded, no copy required)

**Assessment Use Only - Do Not Write Below This Line**

[ ] Terminal Verification  [ ] Agricultural Verification  [ ] Whole  [ ] Part  [ ] Tran. Process Verification

| Transfer Number | Date Received | Deed Reference | Assigned Property No. |
|---|---|---|---|
| Year | | Geo | Map | Sub | Block |
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd. |
| Total | | Town Cd | Ex. St. | Ex. Cd. | |

REMARKS:

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 36243, p. 0493, MSA_CE64_36552. Date available 08/22/2014. Printed 02/12/2017.

Exhibit B

Clerk of the Circuit Court

37366  277

2015 AUG 26 PM 12: 39

PR GEO CC MD #89

File No.: 32212

## SUBSTITUTION OF TRUSTEE

THIS SUBSTITUTION OF TRUSTEE, made this 10th day of June, 2015, by and between Bank of America, N.A. (**hereinafter "Current Noteholder"**), party of the first part, and **JOHN E. DRISCOLL, III, JANA M. GANTT, KIMBERLY LANE, LAURA D. HARRIS, E. EDWARD FARNSWORTH, JR., ARNOLD HILLMAN, and DEENA L. REYNOLDS, any of whom may individually act**, parties of the second part.

WHEREAS, the party of the first part is the present holder of a Promissory Note in the principal amount of $343,981.00, secured by a deed of trust executed by Genean Puryear and Adrian Puryear, conveying the subject property to **OPTIMUM TITLE**, as Trustee(s), dated September 30, 2008, and recorded on October 29, 2008, in Book No. 30109, at Page 683, among the Land records of Prince George's County, Maryland.

WHEREAS, the Deed of Trust authorizes the holder of the indebtedness secured by the Deed of Trust, at its option, to remove original trustee(s) and appoint substitute trustee(s) and it now being the intent of the current Noteholder to so appoint substitute trustee(s) in place of the original trustee(s) in exercise of the powers set forth therein.

NOW, THEREFORE, the Current Noteholder secured by the Deed of Trust hereinabove referred to, in exercise of the powers under the terms of said Deed of Trust, does hereby appoint **JOHN E. DRISCOLL, III, JANA M. GANTT, KIMBERLY LANE, LAURA D. HARRIS, E. EDWARD FARNSWORTH, JR., ARNOLD HILLMAN, and DEENA L. REYNOLDS, any of whom may individually act**, as Substitute Trustee, with all the rights, power and duties originally conferred by said Deed of Trust upon the Trustee, Original Trustee(s) or any other Original Trustee(s) or any other subsequently appointed trustee(s) or substitute trustee(s) as aforesaid.

AND FURTHERMORE, the powers enumerated in the Deed of Trust, having been granted to two or more trustees, may be exercised by any one of them, independently of the other(s), or by all acting together for the purpose of the foreclosure action, including but not limited to, any and all pleadings, filings, court documents, or reports mandated by the Maryland Rules and/or local custom and court appearance.

```
IMP FD SURE $        40.00
RECORDING FEE        20.00
TOTAL                60.00
Rest FG04      Rcpt # 78534
SJH    CDH     Blk # 5346
Aug 26, 2015         12:37 PM
```

Tax I.D. #05-0295345

**37366   278**

File No.: 32212

IN TESTIMONY WHEREOF, Bank of America, N.A., has on the __10th__ day of __June__, 20__15__, caused the present to be signed by __Branden Lee Rhoades__.

**BANK OF AMERICA, N.A.**

By: _____ 6-10-15

Name: __Branden Lee Rhoades__

Title: __Assistant Vice President__

STATE OF __Pennsylvania__
CITY/COUNTY OF __Pittsburgh / Allegheny__, to-wit:

I HEREBY CERTIFY that on this __10__ day of __June__, 20__15__, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared __Branden Lee Rhoades__ who acknowledges (himself)/herself to be the __Assistant Vice President__ (title) of Bank of America, N.A., and that (he)/she, as such officer, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing, in my presence, the name of said National Association by (himself)/herself, as such officer.

WITNESS my hand and Notarial Seal.

_____
Notary Public

(SEAL)
My Commission Expires:
Feb 10, 2019

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHANNON N VARNER, NOTARY PUBLIC
CITY OF PITTSBURGH, ALLEGHENY COUNTY
MY COMMISSION EXPIRES FEB. 10, 2019

THIS IS TO CERTIFY that the within instrument was prepared by or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Robert A. Jones, Esquire

**AFTER RECORDATION RETURN TO:**
Samuel I. White, P.C.
5040 Corporate Woods Drive, Ste 120
VA Beach, VA 23462

Tax I.D. #05-0295345

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) SJH 37366, p. 0278, MSA_CE64_37675. Date available 09/11/2015. Printed 02/12/2017.

# Exhibit C

36243   490

Clerk of the
Circuit Court

Return to:
Morris|Hardwick|Schneider, LLC
9409 Philadelphia Road,
Baltimore, Maryland 21237

2014 AUG 14 AM 11: 28

PR GEO CO MD #90

## APPOINTMENT OF SUBSTITUTE TRUSTEES

This Appointment of Substitute Trustees made this ___12th___ day of ___June___, 2014, by Bank of America, N.A. who hereby designate and appoint Mark H. Wittstadt and Gerard Wm. Wittstadt, Jr. as Substitute Trustees (each of whom may act independently of the other) in the place and stead of Optimum Title as Trustee.

WHEREAS, under a certain Deed of Trust, executed by Adrian Puryear and Genean Puryear dated September 30, 2008 and recorded among the Land Records of Prince George's County, Maryland in Liber 30109, Folio 683, the hereinafter described property was conveyed to Optimum Title as Trustee, to secure a Note of even date therewith on the following secured property, to wit:

**FOR LEGAL DESCRIPTION SEE ATTACHED EXHIBIT A**

WHEREAS, the Deed of Trust provides that the Noteholders shall have the right and power to substitute one or more of the Trustees in place of the original Trustee named in the said Deed of Trust.

NOW, THEREFORE, Bank of America, N.A., the current holder(s) of the Note described herein and secured by the aforesaid Deed of Trust and in exercise of the powers contained in the said Deed of Trust do hereby nominate, designate and appoint

```
IMP FD SURE $      40.00
RECORDING FEE      20.00
TOTAL              60.00
Rest PG25    Rcpt # 63668
MMB   NNR    Blk # 3554
Aug 14, 2014        11:22 am
```

MDFC – Appointment of Substitute Trustees - BOA Agent
MD-99001458-14
2014-06-10 @ 14:12:28 / CF

*I1044956*

**36243  491**

MARK H. WITTSTADT and GERARD WM. WITTSTADT, JR. as substitute trustees in the place and stead of Optimum Title with all powers, rights, duties and authority of the superseded Trustee.

WITNESS the hands and seals of the said Noteholders.

Bank of America, N.A.

By: _Marquita Abbott_

Name: _Marquita LaRae Abbott_

Title: _Assistant Vice President (AVP)_

Date: _6/12/2014_

State of _Pennsylvania_

City/County _Pittsburgh / Allegheny_

On this _12th_ day of _June_, 2014, before me, the undersigned officer, personally appeared _Marquita LaRae Abbott_ who is the _AVP_ of Bank of America, N.A. (Noteholder), known to me (or satisfactorily proven) to be the person whose name is subscribed to the within Deed of Appointment of Substitute Trustees and acknowledged he/she executed same in his/her capacity as _AVP_ for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

NOTARY PUBLIC
My Commission expires: _12/15/17_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan E. Laurito, Notary Public
Ross Twp., Allegheny County
My Commission Expires Dec. 15, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

MDFC – Appointment of Substitute Trustees - BOA Agent
MD-99001458-14
2014-06-10 @ 14:12:28 / CF

*II044956*

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 36243, p. 0491, MSA_CE64_36552. Date available 08/22/2014. Printed 02/12/2017.

**Exhibit D Statement of Docket**

## Case Information

Court System: **Circuit Court for Prince George's County - Civil System**
Case Number: **CAEF14-22221**
Case Description: **Wittstadt vs Puryear**
Case Type: **Property**
Filing Date: **08/14/2014**
Case Status: **Active Status**

## Defendant/Respondent Information

Party Type: **Defendant** Party No.: **2**
Name: **Adrian Puryear**
Address: **3102 Glissade Court**
City:    **Clinton** State: **MD** Zip Code: **20735**

Party Type: **Defendant** Party No.: **3**
Name: **Genean Puryear**
Address: **3102 Glissade Court**
City:    **Clinton** State: **MD** Zip Code: **20735**

### Attorney Information

Name:          **Edward M Poretz**
Attorney Type: **Attorney**
Address:       **9409 Philadelphia Road**
City:          **Baltimore** State: **MD** Zip Code: **21237**

## Other Party Information

Party Type: **Substitute Trustee** Party No.: **1**
Name: **Mark H. Wittstadt, Gerald Wm Wittstadt, Holloway Hill**

## Dockets

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date:           **08/14/2014**
Document Name: **CaseType: Foreclos of Deed Tr**
Docket Text:

---

Date:           **08/14/2014**
Document Name: **Forclsure Eligible for Mediatn**
Docket Text:

---

Date:           **08/14/2014**
Document Name: **Order To Docket Foreclosure Fd**
Docket Text: **001 proceeding to forc d/t on liber 30109 folio 683 and liber 33209 folio 174 w/ attachments - fd als e 08-15-14**

| | |
|---|---|
| Date: | 08/14/2014 |
| Document Name: | Forclsure/Prel Loss Mitgtn Aff |
| Docket Text: | 002 als e 08-15-14 |

| | |
|---|---|
| Date: | 08/14/2014 |
| Document Name: | Bond Approved and Filed. |
| Docket Text: | 003 bond no 146254 - fd als e 08-15-14 |

| | |
|---|---|
| Date: | 08/28/2014 |
| Document Name: | Affidavit of Service, fd |
| Docket Text: | 004 Served Genean Puryear on 8/21/14, fd shp e 9/4/14 |

| | |
|---|---|
| Date: | 08/28/2014 |
| Document Name: | Affidavit of Service, fd |
| Docket Text: | 005 Served Adrian Puryear on 8/21/14, fd shp e 9/4/14 |

| | |
|---|---|
| Date: | 09/15/2014 |
| Document Name: | Deed of Appt/Appt of Sub Tr Fd |
| Docket Text: | 006 fd,amk e 09-17-14 |

| | |
|---|---|
| Date: | 10/07/2015 |
| Document Name: | Affidavit, Fd. |
| Docket Text: | 007 affidavit of filing of the vacant property registration form w/ line fd./emt364 e 10-9-15 |

| | |
|---|---|
| Date: | 12/14/2015 |
| Document Name: | Forclsure/Mot Req for Mediatin |
| Docket Text: | 008 fd,amk |

| | |
|---|---|
| Date: | 12/09/2015 |
| Document Name: | Forclsure/Finl Loss Mitgtn Aff |
| Docket Text: | 009 fd,amk e 12-22-15 |

| | |
|---|---|
| Date: | 02/05/2016 |
| Document Name: | Forclsure/Med Comp No Agrmnt |
| Docket Text: | 010 fd,amk |

| | |
|---|---|
| Date: | 02/08/2016 |
| Document Name: | Forclsure/Mediation Reprt Recd |
| Docket Text: | 011 fd,amk |

| | |
|---|---|
| Date: | 02/19/2016 |
| Document Name: | Order of Court, filed |
| Docket Text: | 012 Order of Court dated 02/17/16, Judge Davey, Ordered, that the secured party may schedule the foreclosure sale, subject to the right of the borrower to file a motion pursuant to rule 14-211 to stay the sale and dismiss the action,fd.amk cc e poretz esq, a puryear, g puryear |

Case 17-03037-KLP  Doc 1  Filed 02/14/17  Entered 02/14/17 11:20:16  Desc Main
Document      Page 18 of 19

Bankruptcy Case No. 15-bk-33370

Adversary Proceeding No.

# CERTIFICATE OF SERVICE

I, Genean Puryear _____, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 13, 2017 _____ by:
(date)

**X**     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___     Residence Service: By leaving the process with the following adult at:

___     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

___     Publication: The defendant was served as follows: [Describe briefly]

___     State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

13 February 2017
Date                              Signature

| **Print Name** | | |
|---|---|---|
| Genean Puryear | | |
| **Business Address** | | |
| Clinton | | |
| **City** | **State** | **Zip** |
| CLINTON | MD | 20735 |

[ver. 05/02]